# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAXIMINA PEREZ VELASCO,<br>*Petitioner*<br><br>v.<br><br>WARDEN, DILLEY IMMIGRATION PROCESSING CENTER, FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI LYNN NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; PAM BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; AND EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br>*Respondents* | § § § § § § § § § § § § § § § § § § § § § § | Case No. SA-25-CA-01755-XR |

## **FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Maximina Perez Velasco's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order issued on this date. Maximina Perez Velasco shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to close this case.

1

It is so **ORDERED**.

**SIGNED** this 30th day of December, 2025.

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE